## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**SANRIO COMPANY, LTD.**
**and SANRIO, INC.,**

      Plaintiffs,

v.                                                    Case No. 6:10-cv-401-Orl-35KRS

**EVERYTHING CELLPHONE, INC.**
**d/b/a I-WRAPZ, DORONZO**
**INVESTMENT, CORP. d/b/a**
**I-WRAPZ, I-WRAPZ, LLC, JOE**
**MONTAIVO a/k/a JOE MONTALVO,**
**OSCAR CANO and DOES 1-10,**

      Defendants.

_____/

## ANSWER AND AFFIRMATIVE DEFENSES OF I-WRAPZ, LLC; JUAN MONTALVO; AND OSCAR CANO TO COMPLAINT

    Defendants I-WRAPZ, LLC; JUAN MONTALVO and OSCAR CANO (collectively "Defendants") hereby answer the Complaint (Dkt. 1) filed by SANRIO COMPANY, LTD. and SANRIO, INC. ("Plaintiffs"), as follows:

**NOTE:** Defendants are answering on their own behalf only, since they are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations as they may relate to the other Defendants named in the Complaint.

## NATURE OF ACTION

1.    Paragraph 1 of the Complaint does not require an answer.

## JURISDICTION AND VENUE

2.    The Defendants do not contest subject matter jurisdiction as alleged in paragraph 2 of the Complaint.

3       The Defendants do not contest venue as alleged in paragraph 3 of the Complaint.

## THE PARTIES

4.      Defendants are without knowledge or information sufficient to admit or deny the allegations contained in paragraph 4 of the Complaint, and based upon such lack of knowledge or information they hereby deny same.

5.      Defendants are without knowledge or information sufficient to admit or deny the allegations contained in paragraph 5 of the Complaint, and based upon such lack of knowledge or information they hereby deny same.

6.      Defendants are without knowledge or information sufficient to admit or deny the allegations contained in paragraph 6 of the Complaint, and based upon such lack of knowledge or information they hereby deny same.

7.      Defendants are without knowledge or information sufficient to admit or deny the allegations contained in paragraph 7 of the Complaint, and based upon such lack of knowledge or information they hereby deny same.

8.      Defendants admit that I-Wrapz is a New Jersey limited liability company, but deny the remaining allegations contained in paragraph 8 of the Complaint.

9.      Defendants deny the allegations contained in paragraph 9 of the Complaint.

10.     Defendants deny the allegations contained in paragraph 10 of the Complaint.

11.     Paragraph 11 of the Complaint does not require an answer.

12.     Paragraph 12 of the Complaint does not require an answer.

13.     Defendants deny the allegations contained in paragraph 13 of the Complaint.

## FACTUAL BACKGROUND

14.     Defendants are without knowledge or information sufficient to admit or deny the allegations contained in paragraph 14 of the Complaint, and based upon such lack of knowledge or information they hereby deny same.

15.     Defendants are without knowledge or information sufficient to admit or deny the allegations contained in paragraph 15 of the Complaint, and based upon such lack of knowledge or information they hereby deny same.

16.     Defendants are without knowledge or information sufficient to admit or deny the allegations contained in paragraph 16 of the Complaint, and based upon such lack of knowledge or information they hereby deny same.

17.     Defendants are without knowledge or information sufficient to admit or deny the allegations contained in paragraph 17 of the Complaint, and based upon such lack of knowledge or information they hereby deny same.

18.     Defendants are without knowledge or information sufficient to admit or deny the allegations contained in paragraph 18 of the Complaint, and based upon such lack of knowledge or information they hereby deny same.

19.     Defendants are without knowledge or information sufficient to admit or deny the allegations contained in paragraph 19 of the Complaint, and based upon such lack of knowledge or information they hereby deny same.

20.     Defendants are without knowledge or information sufficient to admit or deny the allegations contained in paragraph 20 of the Complaint, and based upon such lack of knowledge or information they hereby deny same.

21.     Paragraph 21 of the Complaint does not require an answer.

22.     Defendants are without knowledge or information sufficient to admit or deny the allegations contained in paragraph 22 of the Complaint, and based upon such lack of knowledge or information they hereby deny same.

23.     Defendants are without knowledge or information sufficient to admit or deny the allegations contained in paragraph 23 of the Complaint, and based upon such lack of knowledge or information they hereby deny same.

24.     Defendants are without knowledge or information sufficient to admit or deny the allegations contained in paragraph 24 of the Complaint, and based upon such lack of knowledge or information they hereby deny same.

25.     Defendants are without knowledge or information sufficient to admit or deny the allegations contained in paragraph 25 of the Complaint, and based upon such lack of knowledge or information they hereby deny same.

26.     Paragraph 26 of the Complaint does not require an answer.

27.     Defendants are without knowledge or information sufficient to admit or deny the allegations contained in paragraph 27 of the Complaint, and based upon such lack of knowledge or information they hereby deny same.

28.     Defendants are without knowledge or information sufficient to admit or deny the allegations contained in paragraph 28 of the Complaint, and based upon such lack of knowledge or information they hereby deny same.

29.     Defendants are without knowledge or information sufficient to admit or deny the allegations contained in paragraph 29 of the Complaint, and based upon such lack of knowledge or information they hereby deny same.

30.     Defendants are without knowledge or information sufficient to admit or deny the allegations contained in paragraph 30 of the Complaint, and based upon such lack of knowledge or information they hereby deny same.

31.     Defendants are without knowledge or information sufficient to admit or deny the allegations contained in paragraph 31 of the Complaint, and based upon such lack of knowledge or information they hereby deny same.

32.     Defendants are without knowledge or information sufficient to admit or deny the allegations contained in paragraph 32 of the Complaint, and based upon such lack of knowledge or information they hereby deny same.

33.     Paragraph 33 of the Complaint does not require an answer.

34.     Defendants are without knowledge or information sufficient to admit or deny the allegations contained in paragraph 34 of the Complaint, and based upon such lack of knowledge or information they hereby deny same.

35.     Defendants are without knowledge or information sufficient to admit or deny the allegations contained in paragraph 35 of the Complaint, and based upon such lack of knowledge or information they hereby deny same.

36.     Defendants are without knowledge or information sufficient to admit or deny the allegations contained in paragraph 36 of the Complaint, and based upon such lack of knowledge or information they hereby deny same.

37.     Defendants are without knowledge or information sufficient to admit or deny the allegations contained in paragraph 37 of the Complaint, and based upon such lack of knowledge or information they hereby deny same.

38.     Defendants deny the allegations contained in paragraph 38 of the Complaint.

39.     Defendants deny the allegations contained in paragraph 39 of the Complaint.

40.     Defendants deny the allegations contained in paragraph 40 of the Complaint.

41.     Defendants are without knowledge or information sufficient to admit or deny the allegations contained in paragraph 41 of the Complaint, and based upon such lack of knowledge or information they hereby deny same.

42.     Defendants are without knowledge or information sufficient to admit or deny the allegations contained in paragraph 42 of the Complaint, and based upon such lack of knowledge or information they hereby deny same.

43.     Defendants are without knowledge or information sufficient to admit or deny the allegations contained in paragraph 43 of the Complaint, and based upon such lack of knowledge or information they hereby deny same.

44.     Defendants are without knowledge or information sufficient to admit or deny the allegations contained in paragraph 44 of the Complaint, and based upon such lack of knowledge or information they hereby deny same.

45.     Defendants deny the allegations contained in paragraph 45 of the Complaint.

46.     Defendants deny the allegations contained in paragraph 46 of the Complaint.

47.     Defendants deny the allegations contained in paragraph 47 of the Complaint.

48.     Defendants deny the allegations contained in paragraph 48 of the Complaint.

49.     Defendants deny the allegations contained in paragraph 49 of the Complaint.

50.     Defendants deny the allegations contained in paragraph 50 of the Complaint.

**FIRST CLAIM FOR RELIEF**
**Federal Copyright Infringement under 17 U.S.C. §101 *et seq.***

51.     Paragraph 51 of the Complaint makes no allegations against Defendants that require an answer. To the extent that paragraph 51 incorporates allegations in the previous paragraphs 1 through 50, Defendants re-state and incorporate herein their answers to those paragraphs.

52.     Defendants are without knowledge or information sufficient to admit or deny the allegations contained in paragraph 52 of the Complaint, and based upon such lack of knowledge or information they hereby deny same.

53.     Defendants are without knowledge or information sufficient to admit or deny the allegations contained in paragraph 53 of the Complaint, and based upon such lack of knowledge or information they hereby deny same.

54.     Defendants are without knowledge or information sufficient to admit or deny the allegations contained in paragraph 54 of the Complaint, and based upon such lack of knowledge or information they hereby deny same.

55.     Defendants are without knowledge or information sufficient to admit or deny the allegations contained in paragraph 55 of the Complaint, and based upon such lack of knowledge or information they hereby deny same.

56.     Defendants are without knowledge or information sufficient to admit or deny the allegations contained in paragraph 56 of the Complaint, and based upon such lack of knowledge or information they hereby deny same.

57.     Defendants are without knowledge or information sufficient to admit or deny the allegations contained in paragraph 57 of the Complaint, and based upon such lack of knowledge or information they hereby deny same.

58.     Defendants are without knowledge or information sufficient to admit or deny the allegations contained in paragraph 58 of the Complaint, and based upon such lack of knowledge or information they hereby deny same.

59.     Defendants are without knowledge or information sufficient to admit or deny the allegations contained in paragraph 59 of the Complaint, and based upon such lack of knowledge or information they hereby deny same.

60.     Defendants are without knowledge or information sufficient to admit or deny the allegations contained in paragraph 60 of the Complaint, and based upon such lack of knowledge or information they hereby deny same.

61.     Defendants deny the allegations contained in paragraph 61 of the Complaint.

62.     Defendants deny the allegations contained in paragraph 62 of the Complaint.

63.     Defendants deny the allegations contained in paragraph 63 of the Complaint.

64.     Defendants deny the allegations contained in paragraph 64 of the Complaint.

65.     Defendants are without knowledge or information sufficient to admit or deny the allegations contained in paragraph 65 of the Complaint, and based upon such lack of knowledge or information they hereby deny same.

## SECOND CLAIM FOR RELIEF
### Contributory Copyright Infringement

66.     Paragraph 66 of the Complaint makes no allegations against Defendants that require an answer. To the extent that paragraph 66 incorporates allegations in the previous paragraphs 1 through 65, Defendants re-state and incorporate herein their answers to those paragraphs.

67.     Defendants deny the allegations contained in paragraph 67 of the Complaint.

68.     Defendants deny the allegations contained in paragraph 68 of the Complaint.

69.     Defendants deny the allegations contained in paragraph 69 of the Complaint.

70.     Defendants deny the allegations contained in paragraph 70 of the Complaint.

71.     Defendants are without knowledge or information sufficient to admit or deny the allegations contained in paragraph 71 of the Complaint, and based upon such lack of knowledge or information they hereby deny same.

**THIRD CLAIM FOR REIEF**
**Vicarious Liability for Copyright Infringement**

72.     Paragraph 72 of the Complaint makes no allegations against Defendants that require an answer.  To the extent that paragraph 72 incorporates allegations in the previous paragraphs 1 through 71, Defendants re-state and incorporate herein their answers to those paragraphs.

73.     Defendants deny the allegations contained in paragraph 73 of the Complaint.

74.     Defendants deny the allegations contained in paragraph 74 of the Complaint.

75.     Defendants deny the allegations contained in paragraph 75 of the Complaint.

76.     Defendants are without knowledge or information sufficient to admit or deny the allegations contained in paragraph 76 of the Complaint, and based upon such lack of knowledge or information they hereby deny same.

**FOURTH CLAIM FOR RELIEF**
**Counterfeiting and Infringement of Federally Registered Trademarks**
**Under 15 U.S.C. §1114 *et seq.***

77.     Paragraph 77 of the Complaint makes no allegations against Defendants that require an answer.  To the extent that paragraph 77 incorporates allegations in the previous paragraphs 1 through 76, Defendants re-state and incorporate herein their answers to those paragraphs.

78.     Defendants are without knowledge or information sufficient to admit or deny the allegations contained in paragraph 78 of the Complaint, and based upon such lack of knowledge or information they hereby deny same.

79.     Defendants deny the allegations contained in paragraph 79 of the Complaint.

80.    Defendants deny the allegations contained in paragraph 80 of the Complaint.

81.    Defendants deny the allegations contained in paragraph 81 of the Complaint.

82.    Defendants deny the allegations contained in paragraph 82 of the Complaint.

83.    Defendants deny the allegations contained in paragraph 83 of the Complaint.

84.    Defendants deny the allegations contained in paragraph 84 of the Complaint.

85.    Defendants are without knowledge or information sufficient to admit or deny the allegations contained in paragraph 85 of the Complaint, and based upon such lack of knowledge or information they hereby deny same.

86.    Defendants deny the allegations contained in paragraph 86 of the Complaint.

### FIFTH CLAIM FOR RELIEF
### Contributory Trademark Infringement

87.    Paragraph 87 of the Complaint makes no allegations against Defendants that require an answer.  To the extent that paragraph 87 incorporates allegations in the previous paragraphs 1 through 86, Defendants re-state and incorporate herein their answers to those paragraphs.

88.    Defendants deny the allegations contained in paragraph 88 of the Complaint.

89.    Defendants deny the allegations contained in paragraph 89 of the Complaint.

90.    Defendants deny the allegations contained in paragraph 90 of the Complaint.

91.    Defendants deny the allegations contained in paragraph 91 of the Complaint.

### SIXTH CLAIM FOR RELIEF
### Vicarious Liability for Trademark Infringement

92.    Paragraph 92 of the Complaint makes no allegations against Defendants that require an answer.  To the extent that paragraph 92 incorporates allegations in the previous paragraphs 1 through 91, Defendants re-state and incorporate herein their answers to those paragraphs.

93.    Defendants deny the allegations contained in paragraph 93 of the Complaint.

94.    Defendants deny the allegations contained in paragraph 94 of the Complaint.

95.    Defendants deny the allegations contained in paragraph 95 of the Complaint.

## SEVENTH CLAIM FOR RELIEF
### Federal Unfair Competition and Common Law Trademark Infringement
### Under 15 U.S.C. §1125(a)

96.    Paragraph 96 of the Complaint makes no allegations against Defendants that require an answer. To the extent that paragraph 96 incorporates allegations in the previous paragraphs 1 through 95, Defendants re-state and incorporate herein their answers to those paragraphs.

97.    Defendants are without knowledge or information sufficient to admit or deny the allegations contained in paragraph 97 of the Complaint, and based upon such lack of knowledge or information they hereby deny same.

98.    Defendants are without knowledge or information sufficient to admit or deny the allegations contained in paragraph 98 of the Complaint, and based upon such lack of knowledge or information they hereby deny same.

99.    Defendants deny the allegations contained in paragraph 99 of the Complaint.

100.    Defendants deny the allegations contained in paragraph 100 of the Complaint.

101.    Defendants deny the allegations contained in paragraph 101 of the Complaint.

102.    Defendants deny the allegations contained in paragraph 102 of the Complaint.

103.    Defendants deny the allegations contained in paragraph 103 of the Complaint.

## EIGHTH CLAIM FOR RELIEF
### Unfair Competition Under Florida's Common Law

104.    Paragraph 104 of the Complaint makes no allegations against Defendants that require an answer. To the extent that paragraph 104 incorporates allegations in the previous paragraphs 1 though 103, Defendants re-state and incorporate herein their answers to those paragraphs.

105.   Defendants are without knowledge or information sufficient to admit or deny the allegations contained in paragraph 105 of the Complaint, and based upon such lack of knowledge or information they hereby deny same.

106.   Defendants deny the allegations contained in paragraph 106 of the Complaint.

107.   Defendants deny the allegations contained in paragraph 107 of the Complaint.

108.   Defendants deny the allegations contained in paragraph 108 of the Complaint.

109.   Defendants deny the allegations contained in paragraph 109 of the Complaint.

110.   Defendants deny the allegations contained in paragraph 110 of the Complaint.

111.   Defendants deny the allegations contained in paragraph 111 of the Complaint.

### NINTH CLAIM FOR RELIEF
### State Trademark Dilution Under Fla. Stat. §495.151

112.   Paragraph 112 of the Complaint makes no allegations against Defendants that require an answer.  To the extent that paragraph 112 incorporates allegations in the previous paragraphs 1 through 111, Defendants re-state and incorporate herein their answers to those paragraphs.

113.   Defendants deny the allegations contained in paragraph 113 of the Complaint.

114.   Defendants deny the allegations contained in paragraph 114 of the Complaint.

115.   Defendants deny the allegations contained in paragraph 115 of the Complaint.

116.   Defendants deny each and every allegation of the Complaint not expressly admitted herein.

117.   Defendants deny that Plaintiffs are entitled to the relief requested in their prayer for relief.

WHEREFORE, Defendants pray that this action be dismissed, and that Defendants have and recover their attorneys' fees and costs and such other relief as this Court may deem just and equitable.

## AFFIRMATIVE DEFENSES

1.      Plaintiffs are barred from recovering against the Defendants on the basis of laches.

2.      Plaintiffs are barred from recovering against the Defendants on the basis of estoppel.

3.      Plaintiffs are barred from recovering against the Defendants on the basis of waiver.

4.      Defendants' actions were without knowledge of Plaintiffs' alleged rights, and any infringement thereof was innocent.

5.      Defendants ceased the promotion, distribution and sale of any allegedly infringing products identified by the Plaintiffs immediately upon receiving notification of the Plaintiffs' claims, and prior to the filing of this lawsuit.

6.      Plaintiffs have not suffered and are not suffering irreparable harm.

7.      Plaintiffs have suffered no damage as a result of Defendants' acts.

8.      Defendants are not franchisors, but merely sell products to others and allow them to use the I-WRAPZ promotional materials.

9.      Defendants do not control the promotion and sale of merchandise by the other Defendants.

10.     Defendants earned no profit from the sale of the allegedly infringing items.

11.     Defendants do not have any financial interest in the business of the other Defendants other than as product vendors.

12.     Plaintiffs do not manufacture, sell or license for sale products identical to or of the same type as those sold by Defendants.

13.     Defendants relied on the advice of others as to whether licenses were required.

14.     Defendants' acts were never intentional, fraudulent, malicious, willful, wanton or oppressive, nor were they done with any intent to injure the Plaintiffs or their business.

15.    Defendants have never sold franchises to anyone.

16.    All or some of Plaintiffs' marks do not have secondary meaning.

17.    All or some of Plaintiffs' marks are not famous.

18.    All or some of Plaintiffs' alleged copyrights are not properly registered.

19.    Defendants did not intend to misappropriate any goodwill of Plaintiffs.

20.    The Defendants' actions are not governed by Florida law.

21.    There is no basis for injunctive relief.

22.    There is no basis for punitive damages.


Respectfully submitted this 30th day of April 2010.

s/ Ava K. Doppelt
Ava K. Doppelt, Trial Counsel
Florida Bar No. 0393738
Allen, Dyer, Doppelt, Milbrath
& Gilchrist, P.A.
255 South Orange Avenue, Suite 1401
Orlando, Florida 32801
Tel.: 407-841-2330
Facsimile: 407-841-2343
E-mail: adoppelt@addmg.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2010 I electronically filed the foregoing with the Clerk of the court using the CM/ECF system, which will send a notice of electronic filing to the following:

Michael W.O. Holihan, Esq.
Stephanie Boomershine, Esq.
Holihan Law
1101 North Lake Destiny Drive, Suite 275
Maitland, Florida 32751
Telephone No.: (407)660-8575
Facsimile No.: (407)660-0510
E-mail:  Michael.holihan@holihanlaw.com
         Stephanie.boomershine@holihanlaw.com
**ATTORNEYS FOR PLAINTIFFS**

R. Edward Cooley, Esq.
Shepherd, McCabe & Cooley
1450 State Road 434 West, Suite 200
Longwood, Florida 32750
Telephone No.: (407)830-9191
Facsimile No.: (407)830-9049
Email: recooleysec1@earthlink.net
**ATTORNEY FOR DEFENDANT EVERYTHING
CELLPHONE, INC.**

s/ Ava K. Doppelt _____